■ JOSEPH DiMAGGIO et al., Respondents, v BELL BAY PROPERTIES, INC., Appellant, et al., Defendants. [604 NYS2d 785] — Appeal by the defendant Bell Bay Properties, Inc., from an order of the Supreme Court, Queens County (Katz, J.), entered May 2, 1991.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Katz at the Supreme Court. Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.